IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JEREMY JUSTIN ARREDONDO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:19-CV-191-Z |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER TO SHOW CAUSE and
## INSTRUCTIONS TO PARTIES

A petition for a writ of habeas corpus numbered and styled as above has been filed in this Court under the provisions of 28 U.S.C. § 2241, et seq. Pleadings and briefs are required or permitted as follows:

RESPONDENT'S ANSWER: Respondent is directed to answer this petition **within 70 days after entry of this Order**, answering in substance as required by Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Any argument for dismissal of a delayed, abusive, successive, or time barred application, or for failure to exhaust administrative remedies, may be made in a preliminary answer or dispositive motion in lieu of a substantive answer on the merits.

**Note:** Under Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, respondent shall designate as exhibits any portion of the state court or administrative records on which respondent relies (*i.e.*, cites) in the answer, preliminary answer, or dispositive motion and shall include such exhibits in a separate appendix filed simultaneously with the answer, preliminary answer or dispositive motion.

A copy of respondent's answer, preliminary answer or dispositive motion, together with the appendix containing only the above-mentioned exhibits, shall be served on petitioner by mailing such instruments to him at the address set out in the petition or to petitioner's attorney of record, if any, and a certificate shall be filed with the United States District Clerk evidencing such service.

  PETITIONER'S REPLY/RESPONSE:  A reply to respondent's answer or preliminary answer or a response to any other dispositive motion is not required.   However, if petitioner wishes to file a reply or response he shall do so **within 28 days of service of respondent's answer, preliminary answer or dispositive motion**.   Any reply or response must be limited to the arguments raised by respondent and shall not, under any circumstances, include any new allegations of fact or advance any new grounds for relief.

  MOTIONS:   Unless otherwise directed by the Court, motion practice is controlled by Local Rules 5.1 and 7.1.   Each motion for relief must be clearly identified in its title and must be filed with the Clerk.   Any response to a motion must be filed **within 21 days from the date the motion is filed**.   A party who files a motion may file a reply **within 14 days from the date the response is filed**.   Unless otherwise directed by the Court, oral argument on a motion will not be held.

  SERVICE:   The Clerk shall serve respondent by electronically serving copies of all pleadings upon the Attorney General of Texas, legal counsel for respondent.   *See* Fed. R. Civ. P. 5(b)(2)(E). Service shall be directed to the attention of the Criminal Appeals Division, Texas Attorney General's Office, Austin, Texas.   The Clerk shall mail a copy of each Order and/or Judgment issued by the Court to petitioner and electronically serve respondent's counsel of record, if any.

  IT IS SO ORDERED.

  ENTERED November 4, 2019.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE